UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number:  19-14264-CIV-MARTINEZ-REID
Criminal Case Number: 10-14069-CR-MARTINEZ

JEFF JUNIOR HOLLAND,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

THE MATTER was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, for a Report and Recommendation on Movant's Motion to Vacate or Reduce Sentence pursuant to 28 U.S.C. § 2255, [ECF Nos. 1–2].  Magistrate Judge Reid filed a Report and Recommendation, [ECF No. 16], recommending that this action be stayed and held in abeyance pending the Eleventh Circuit's determination regarding a *Davis* claimant's burden of proof in the federal habeas context.  The Court has reviewed the entire record and notes that no objections have been filed.  After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Reid's Report and Recommendation, [ECF No. 16], is **AFFIRMED** and **ADOPTED**.  Accordingly, it is:

**ADJUDGED** that

    1.    Movant's Motion to Vacate or Reduce Sentence pursuant to § 2255 is **STAYED**. This case shall be held in abeyance until the Eleventh Circuit articulates the proper burden of proof for a *Davis* claimant under 28 U.S.C. § 2255. *See Garcia v. United States*, 984 F.3d 1367 (11th Cir. 2021), *vacated by* 985 F.3d 850 (11th Cir. 2021) (holding decision in abeyance pending a

decision in *Granda v. United States*, No. 17-15194, or *Foster v. United States*, No. 19-14771, or both).

2.   This case is **CLOSED** for administrative purposes only and shall not affect the substantive rights of the parties.

3.   The parties SHALL notify the Court **within ten (10) days** of the Eleventh Circuit's resolution of one or both of the foregoing cases. The parties shall file both a status report, attaching the Eleventh Circuit's mandate, as well as a motion to re-open the case.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of February, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Reid
All Counsel of Record